**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

**DIANE GARRITY, in her capacity as**
**Court-Appointed Guardian Ad Litem for**
**JANE DOE, a minor,**

       **Plaintiff,**

      **v.**                              **Case No.:  1:21-cv-00422**

**BOARD OF EDUCATION OF THE PECOS**
**INDEPENDENT SCHOOL DISTRICT,**
**JOSHUA GREGORY RICO, in his individual capacity,**
**FRED TRUJILLO, in his individual capacity, and**
**MICHAEL LISTER, in his individual capacity,**

      **Defendants.**

## JURY DEMAND

    **COMES NOW** Plaintiff, Diane Garrity, in her capacity as Court-Appointed Guardian Ad Litem for JANE DOE, a minor, by and through her attorneys, The Hemphill Firm, P.C., pursuant to Fed. R. Civ. P. 38, and hereby demands a trial by jury of all matters triable thereto.

                               Respectfully submitted,

                               THE HEMPHILL FIRM, P.C.

                               By: Linda G. Hemphill, Esq.
                               Linda G. Hemphill
                               Leigh Messerer
                               P.O. Box 33136
                               Santa Fe, New Mexico 87594
                               (505) 986-8515

                               Attorneys for Plaintiff, Diane Garrity, in her capacity as Court-Appointed Guardian Ad Litem for Jane Doe

1